346 A.2d 63

**COMMONWEALTH of Pennsylvania**

v.

**William CHRISTMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1975.

Decided Oct. 30, 1975.

William Christman, in pro per. Ralph J. Cappy, John J. Dean, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Charles W. Johns, Robert L. Eberhardt, Asst. Dist. Attys., Pittsburgh, John M. Tighe, First Asst. Dist. Atty., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

146

## OPINION OF THE COURT

PER CURIAM.

Order affirmed. See *Com. v. Christman*, 432 Pa. 455, 247 A.2d 451 (1968).